UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:10-mj-3104 |
| v. | ) | |
| | ) | |
| JAMIE FRENCH | ) | Judge Brown |
| IVAN GOMEZ | ) | |
| MARK GASKINS | ) | |

## MOTION TO AMEND AFFIDAVIT AND COMPLAINT

The United States of America, through Edward M. Yarbrough, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby moves the Court to amend the names of three defendants in the affidavit in support of the criminal complaint against them and the complaint itself.

On April 12, 2010, Special Agent H. Matthew Bradford of the Drug Enforcement Administration submitted an affidavit to this Court asking that this Court issue a complaint against five defendants for conspiring to possess with intent to distribute and to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana. In that affidavit and complaint, three individuals who were taken into custody on April 10, 2010, were named as "Jaime" French, "Alvin" Gomez, and Mark "Gaston." Since submitting the affidavit to this Court, the United States has learned that the individuals' names are actually spelled "Jamie" French, "Ivan" Gomez, and Mark "Gaskins."

The error in the spelling of the defendant's names in the affidavit and complaint was inadvertant. There is no change to the factual allegations against the defendants for their roles in the alleged conspiracy.

*Motion Granted,*
*Joe B. Brown*
*USMJ*