UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00117 |
| | ) | JUDGE CAMPBELL |
| JAMIE FRENCH | ) | |

ORDER

Pending before the Court is a letter from the Defendant requesting copies of transcripts to assist in preparing a petition for writ of certiorari to the United States Supreme Court. Counsel for Defendant and the Government shall file a response to the letter on or before March 15, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE