UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                                     )
v.                                 )          No. 3:10-00117
                                   )          JUDGE CAMPBELL
JAMIE FRENCH              )

ORDER

Pending before the Court is a letter from the Defendant (Docket No. 260). The

Government shall file a response to the letter on or before November 30, 2015.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE