# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JAMIE FRENCH | ) ) | Case No. 3:10-cr-00117 |
| | ) | USM No. 19461-075 |
| | ) ) | _____ |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4 and 5   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Unlawful use of a controlled substance | 07/10/2025 |
| 2 | Failure to report for random drug testing and failure to report for substance abuse treatment sessions | 08/19/2025 |
| 3 | Failure to obtain permission from the U.S. Probation Officer | 08/22/2025 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   5260

Defendant's Year of Birth:   1978

City and State of Defendant's Residence:
Hohenwald, TN

01/12/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

January 14, 2026
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|  | to be outside of the judicial district |  |
| 4 | Failure to report to U S Probation Officer as to gainful employment | 07/22/2025 |
| 5 | Failure to notify U S Probation Officer as to change in residence | 08/20/2025 |

DEFENDANT: JAMIE FRENCH
CASE NUMBER: 3 10-cr-00117

Judgment — Page 3 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of .
Time Served (approximately 4 months and a week)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district
    ☐ at _____ ☐ a m ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m on _____ .
    ☐ as notified by the United States Marshal
    ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JAMIE FRENCH
CASE NUMBER: 3:10-cr-00117

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

1 year - Same conditions as previously imposed with an additional special condition

You shall enroll and complete Buffalo Valley's 28-day inpatient treatment program and follow its rules and regulations. In the event of discharge before the expiration of the 28 days, you shall report to the United States Marshal's Service pending further orders of the Court